# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DREW PELTON AND KAREN
MUSEMECHE PELTON

VERSUS

DAVID RICHARDSON BUILDER,
INC. AND ABC INSURANCE
COMPANY

NO.  2024 CW 0608

**AUGUST 23, 2024**

---

In Re:    Jeld-Wen, Inc., applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          701166.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

> **JMG**
> **AHP**

**Stromberg, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT